THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA FILED

UNITED STATES OF AMERICA            )       08 FEB 13 PM 4: 27
                                    )
            Plaintiff,              )    DECLARATION OF TAKING COURT
                                    )    SOUTHERN DISTRICT OF CALIFORNIA
      vs.                           )
                                    )                      DEPUTY
1.64 ACRES OF LAND, MORE OR LESS,   )    CIVIL NO.
                                    )
SITUATE IN SAN DIEGO COUNTY, STATE OF )
                                    )
CALIFORNIA; AND FABIOLA GONZALEZ, ET AL., )   '08 CV 277  BTM POR
                                    )
                                    )
            Defendants.             )
                                    )

        I, Robert Janson, Acting Executive Director, Asset Management,

Department of Homeland Security, U.S. Customs and Border Protection, under

the authority delegated to me by the Act of Congress approved November 25,

2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C.

Sections 202, 251, 551, and 557, which transferred certain authorities of

the Attorney General to the Secretary of Homeland Security; and by DHS

Delegation No. 7010.3(II)(B), which delegated land acquisition authority

from the Secretary of Homeland Security to the Commissioner of U.S. Customs

and Border Protection; and by CBP Delegation 05-006, which delegated land

acquisition authority to the Executive Director of Asset Management, do

hereby make the following declaration:


        1.    The property is hereby taken under and in accordance with the

authorities set forth in Schedule "A" attached hereto and made a part

hereof.

2.    The public purpose for which said property is taken is set forth in Schedule "B" attached hereto and made a part hereof.  The said property has been selected under my direction for acquisition by the United States for the above-referenced project in San Diego County, State of California.

3.    A general description of the land being taken is set forth in Schedule "C" attached hereto and made a part hereof.

4.    A plan showing the property being taken is shown on Schedule "D" attached hereto and made a part hereof.

5.    The estate taken is described on Schedule "E" attached hereto and made a part hereof.

6.    The sum estimated by the undersigned as just compensation for the land being taken is set forth in Schedule "F" attached hereto and made a part hereof.  The undersigned is of the opinion that the ultimate award for said land probably will be within any limits prescribed by law to be paid therefor.

7.    The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "G" attached hereto and made a part hereof.

1  IN  WITNESS  WHEREOF,  the  undersigned,  Acting  Executive  Director,  Asset

2  Management,  Department  of  Homeland  Security,  U.S.  Customs  and  Border

3  Protection,  hereunto  subscribes  his  name  by  direction  of  the  Secretary  of

4  the Department of Homeland Security, this _06_ day of _January_, 2008

5  in the City of Washington, District of Columbia.

6

7                    _____

8                    Robert Janson

9                    Acting Executive Director, Asset Management

10                    Department of Homeland Security

11                    U.S. Customs and Border Protection

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SCHEDULE "A"
AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

1

SCHEDULE "B"
PUBLIC PURPOSE

2

3        The public purpose for which said property is taken is to conduct

4  surveying, testing, and other investigatory work needed to plan the proposed

5  construction of roads, fencing, vehicle barriers, security lighting, and

6  related structures designed to help secure the United States/Mexico border

7  within the State of California.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SCHEDULE "C"
LEGAL DESCRIPTION

A portion of the tract of land currently used as a right of way and identified on the attached Schedule "D", situate in Section 11, Township 18S, Range 8E, San Bernardino Principle Meridian County of San Diego, State of California; the entire tract is also known as Assessors Parcel Number 6610800800, San Diego County, California.

Containing 1.64 acres, more of less, for the portion taken.

SCHEDULE "D"



A portion of the tract of land currently used as a right of way situate in Section 11, Township 18S, Range 8E, San Bernardino Principle Meridian County of San Diego, State of California; the entire tract is also known as Assessors Parcel Number 6610800800, San Diego County, California.

Containing 1.64 acres, more of less, for the portion taken.

# – PROPOSED TAKING (Acquisition)

1

SCHEDULE "E"
ESTATE TAKEN

2

3          The estate taken is a temporary, assignable easement beginning on the

4     date possession is granted to the United States and ending 180 days later,

5     consisting of the right of the United States, its agents, contractors, and

6     assigns to enter in, on, over and across the land described in Schedule "C"

7     to survey, make borings, and conduct other investigatory work for the

8     purposes described in Schedule "B" and to access adjacent lands; including

9     the right to trim or remove any vegetative or structural obstacles that

10    interfere with said work; reserving to the landowners, their successors and

11    assigns all right, title, and privileges as may be used and enjoyed without

12    interfering with or abridging the rights hereby acquired; subject to

13    minerals and rights appurtenant thereto, and to existing easements for

14    public roads and highways, public utilities, railroads and pipelines.

15

16

17

18

19

20

21

22

23

24

25

SCHEDULE "F"
ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule "E" to constitute actual damages, if any.

1

2

SCHEDULE "G"
NAMES AND ADDRESSES OF PURPORTED OWNERS:

3

Fabiola Gonzalez
2331 Eastridge Loop
Chula Vista, CA 91915

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25