1  KAREN P. HEWITT
   United States Attorney
2  TOM STAHL
   Assistant U.S. Attorney
3  Chief, Civil Division
   California State Bar No. 078291
4  Office of the U.S. Attorney
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7140
6  Facsimile: (619) 557-5004
   Email: thomas.stahl@usdoj.gov
7
   Attorneys for the Plaintiff
8

9                      UNITED STATES DISTRICT COURT
10
                     SOUTHERN DISTRICT OF CALIFORNIA
11
   THE UNITED STATES OF AMERICA,      )   Case No. : 08cv0277-BTM (POR)
12                                     )
              Plaintiff,               )   NOTICE OF DEPOSIT OF
13                                     )   ESTIMATED JUST COMPENSATION
        v.                             )
14                                     )
   1.64 ACRES OF LAND, MORE OR LESS,   )
15 SITUATE IN SAN DIEGO COUNTY, STATE  )
   OF CALIFORNIA; FABIOLA GONZALEZ;    )
16 AND ALL OTHER INTERESTED PARTIES,   )
                                       )
17            Defendants.              )
   _____)
18

19        TO: All Defendants and Other Interested Parties:

20        NOTICE: You are hereby notified that on February 15, 2008, Plaintiff United States of America

21 deposited estimated just compensation for taking the estate condemned in the subject property, a 180-

22 day right of entry, commencing on the date possession is granted, in the amount of One Hundred

23 Dollars ($100.00) with the Clerk of the Court.

24        DATED:  February 15, 2008           KAREN P. HEWITT
                                              United States Attorney
25
                                              ___/s/_____
26                                            TOM STAHL
                                              Assistant U. S. Attorney
27                                            Chief, Civil Division

28                                            Attorneys for Plaintiff
                                              Thomas.Stahl@usdoj.gov

1        UNITED STATES DISTRICT COURT

2        SOUTHERN DISTRICT OF CALIFORNIA

3    THE UNITED STATES OF AMERICA,          )    Case No. : 08cv0277-BTM (POR)
                                            )
4              Plaintiff,                    )    CERTIFICATE OF SERVICE BY MAIL
                                            )
5        v.                                  )
                                            )
6    1.64 ACRES OF LAND, MORE OR LESS,       )
     SITUATE IN SAN DIEGO COUNTY, STATE      )
7    OF CALIFORNIA; FABIOLA GONZALEZ;        )
     AND ALL OTHER INTERESTED PARTIES,       )
8                                            )
               Defendants.                   )
9    _____)

10

11   IT IS HEREBY CERTIFIED THAT:

12       I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My
     business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
13
         I am not a party to the above-entitled action. I have caused service of:
14
         NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 02/15/08)
15
         on the following parties by electronically filing the foregoing with the Clerk of the District Court using
16   its ECF System, which electronically notifies them.

17   n/a

18       I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service,
     to the following non-ECF participant on this case:
19
         Fabiola Gonzalez
20       2331 Eastridge Loop
         Chula Vista, CA 91915
21
     the last known address, at which place there is delivery service of mail from the United States Postal
22   Service.

23       I declare under penalty of perjury that the foregoing is true and correct.

24       Executed on February 15, 2008.

25

26                                          Lori Aragon MacDonald

27

28