1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No.: 08CV0277-IEG (AJB) |
| ) | |
| Plaintiff, ) | ORDER FOR DELIVERY OF |
| ) | POSSESSION |
| v. ) | |
| ) | |
| 1.64 ACRES OF LAND, MORE OR LESS, ) | |
| SITUATE IN SAN DIEGO COUNTY, STATE ) | |
| OF CALIFORNIA; FABIOLA GONZALEZ; ) | |
| AND ALL OTHER INTERESTED PARTIES, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Presently before the court is the United States' (hereinafter plaintiff) ex parte application for an order for the surrender of a right of entry over the property described in the Complaint filed herein. It appearing that plaintiff is entitled to possession of this right of entry,

IT IS HEREBY ORDERED that all defendants to this action and all persons in possession or control of the property described in the Complaint filed herein shall surrender a right of entry for surveying, making borings, and conducting other investigatory work, to plaintiff immediately. Plaintiff shall serve a notice of this order upon all persons in possession or control of the said property forthwith.

**DATED: February 27, 2008**

_Irma E. Gonzalez_
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**